# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES PHELPS**  
**ADC #095062**                                                                      **PLAINTIFF**

v.                                       No. 4:23-cv-607-DPM

**MIKE KNOEDL**, Sheriff, Dallas  
Co. Sheriff's Office; **JOHN GAREF**,  
Jailer, Dallas Co. Sheriff's Office;  
**KATHREN SHULER**, Jail Admin.,  
Dallas Co. Sheriff's Office;  and  
**CRYSTAL DOE**, Jailer, Dallas Co.  
Sheriff's Office                                                                    **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Phelps hasn't filed an amended complaint; and the time to do so has passed. *Doc. 7*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

30 August 2023