IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES PHELPS
ADC #095062                                                    PLAINTIFF

v.                    No. 4:23-cv-607-DPM

MIKE KNOEDL, Sheriff, Dallas
Co. Sheriff's Office; JOHN GAREF,
Jailer, Dallas Co. Sheriff's Office;
KATHREN SHULER, Jail Admin.,
Dallas Co. Sheriff's Office; and
CRYSTAL DOE, Jailer, Dallas Co.
Sheriff's Office                                    DEFENDANTS

## JUDGMENT

Phelps's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 August 2023